## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER DENYING MOTION** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bianca Bell Shopteau, | ) | Case No.:  1:19-cr-125 |
| | ) | |
| Defendant. | ) | |

Before the Court is defendant's Motion to Reconsider Detention Order. (Doc. No. 26). After a detention hearing on August 12, 2019, Defendant was ordered detained until a residential reentry placement became available. (Doc. No. 19). She now requests to be released to Hope's House, a sober-living facility in Minot that offers drug treatment.

At the time of the filing of the motion, the United States did not object to defendant's request. However, the government's position has since changed; the United States informed the Court that defendant has been communicating with the alleged minor victim. As such, the government now opposes the instant request. The United States Probation Office brought the same concerns to the Court's attention.

These developments undermine the Court's confidence in defendant's ability to comply with conditions of release. While supportive of treatment generally, the Court is not persuaded that anything less than a residential reentry facility will provide the stability and accountability defendant needs.

As such, her motion (Doc. No. 26) is **DENIED**. Her motion for hearing (Doc. No. 27) is moot. Additionally, the Court orders that defendant be placed at a residential reentry facility as soon as possible.

1

**IT IS SO ORDERED**.

Dated this 28th day of April, 2020.

>   */s/  Clare R. Hochhalter*
>   Clare R. Hochhalter
>   United States Magistrate Judge